B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>**Southern District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Vieira, Shawn Denise** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Shawn Denise Isham** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1971** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8744 NW 47th Dr.**<br>**Coral Springs, FL**<br>ZIP Code **33067** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Broward** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(12/11)** | Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Vieira, Shawn Denise** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Michelle Armstrong**                    **March 16, 2012** <br> Signature of Attorney for Debtor(s)            (Date) <br> **Michelle Armstrong 895989** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Vieira, Shawn Denise**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Shawn Denise Vieira**
_____
Signature of Debtor  **Shawn Denise Vieira**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March 16, 2012**
_____
Date

### Signature of Attorney*

X **/s/ Michelle Armstrong**
_____
Signature of Attorney for Debtor(s)

**Michelle Armstrong 895989**
_____
Printed Name of Attorney for Debtor(s)

**Michelle Armstrong, P.A.**
_____
Firm Name

**7401 Wiles Rd, Ste 134**
**Pompano Beach, FL 33067**

_____
Address

**Email: michelle@michellearmstrongpa.com**
**954-509-3736  Fax: 954-509-3730**
_____
Telephone Number

**March 16, 2012**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Shawn Denise Vieira** _____

                                          Debtor(s)

Case No. _____

Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Shawn Denise Vieira**
                              **Shawn Denise Vieira**

Date:  **March 16, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Shawn Denise Vieira**                                                    ,    Case No. _____

                                                    Debtor

Chapter                                **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 468,000.00 | | |
| B - Personal Property | Yes | 6 | 3,765.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 888,837.50 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 29,024.60 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 90,642.96 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 7,500.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 9,502.66 |
| Total Number of Sheets of ALL Schedules | | 36 | | | |
| Total Assets | | | 471,765.00 | | |
| Total Liabilities | | | | 1,008,505.06 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Florida

In re    **Shawn Denise Vieira**

Debtor ,

Case No. _____

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 29,024.60 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 29,024.60 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 7,500.00 |
| Average Expenses (from Schedule J, Line 18) | 9,502.66 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 7,585.12 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 420,837.50 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 29,024.60 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 90,642.96 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 511,480.46 |

B6A (Official Form 6A) (12/07)

.

In re     **Shawn Denise Vieira**                                                          ,        Case No. _____
                                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **Broward County residence:** <br> **8744 NW 47th Dr** <br> **Coral Springs FL 33067** <br> **Value by Realquest Express, 3/16/12** | **Fee simple** | **J** | **260,000.00** | **558,610.50** |
| **Palm Beach property:** <br> **21130 White Oak Ave** <br> **Boca Raton, FL 33428** <br> **Valued by Realquest Express on 3/10/12** | **Fee simple** | **J** | **208,000.00** | **330,227.00** |

|  |  |  |
|---|---:|---|
| Sub-Total > | **468,000.00** | (Total of this page) |
| Total > | **468,000.00** |  |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re __Shawn Denise Vieira_____, Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America business account xxxx-4173 for Mangueira Capoeira Martial Arts, Inc (Funds belong to business to pay expenses; debtor never uses this account Debtor's interest is -0-** | - | 0.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **Household contents are decribed on attached worksheet** | J | 2,715.00 |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | **Woman's clothes, shoes** | - | 50.00 |
| 7.   Furs and jewelry. | | **Jewelry is described on page 3 of attached worksheet** | - | 1,000.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >         3,765.00
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Shawn Denise Vieira**                                                          ,    Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% owner of Pavers Plus, Inc., business is heavily in debt, no value, not operating** | - | 0.00 |
| | | **50% owner of Mangueira Capoeira Martial Arts, Inc., dba MCMA; business doesn't make a profit; debtor doesn't draw an income and does not work there (corp was dissolved in 2008, but still operates as a dba by partner)** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >       0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Shawn Denise Vieira**                                              ,                    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Debtor doesn't own a vehicle; she drives a car that husband was given from a customer of his** | - | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 3,765.00 |

Sheet __**2**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

*ALL PROPERTY OWNED WITH HUSBAND*

## Debtor's Worksheet for Personal Property    *MARRIED 18 YRS*

*( TBE )*

*Please indicate how many of each item you own, and their values. Use second-hand value considering the age and condition of the item, not what it would cost to replace it with a new item.*

*Note if any asset is owned by only husband or wife, or by another person (as opposed to having been acquired jointly by husband and wife)*

*(appliances are 5 years old)*

### Living Room

| | | |
|---|---|---|
| ✓ Sofa  *new* | $ | 500.00 |
| ___ Armchair | $ | |
| ___ Loveseat | $ | |
| ___ Cocktail Table | $ | |
| ___ End Table | $ | |
| ___ Picture | $ | |
| ___ Lamp | $ | |
| ___ Credenza | $ | |
| ___ Bookcase  *{50.00* | $ | 50 |
| ✓ Desk  *(old)* | $ | |
| ___ Wall Unit | $ | |
| ___ Bar | $ | |
| ___ Piano | $ | |
| ___ Organ | $ | |
| ___ Drapes | $ | |
| ___ Recliner | $ | |
| ___ Painting | $ | |
| ___ Plant | $ | |
| ___ Area Rug | $ | |
| ___ _____ | $ | |
| ___ _____ | $ | |
| Room Total | $ | 550.00 |

### Dining Room  *( 10 years old)*

| | | |
|---|---|---|
| ✓ Dining Table | $ | 100 |
| ✓ Dining Chair *(6)* | $ | 60 |
| ___ Etagere | $ | |
| ___ Buffet | $ | |
| ___ China Cabinet | $ | |
| ___ Picture | $ | |
| ___ Plant | $ | |
| ___ Armoire | $ | |
| ___ Area Rug | $ | |
| ___ _____ | $ | |
| ___ _____ | $ | |
| ___ _____ | $ | |
| Room Total | $ | 160 |

### Kitchen

| | | |
|---|---|---|
| ✓ Dinette Table/Chairs | $ | 50 *(old)* |
| ✓ Kitchen Clock | $ | 5 |
| ✓ Microwave Oven | $ | 5 |
| ___ Toaster Oven | $ | |
| ✓ Dishwasher | $ | 100 |
| ✓ Dishes, Pots/pans, flatware, etc. | $ | 50 |
| ___ Sterling silver pieces | $ | |
| ✓ Refrigerator | $ | 300 |
| ✓ Stove/Oven | $ | 100 |
| ✗ TV (size ____") | $ | |
| ___ _____ | $ | |
| ___ _____ | $ | |
| ___ _____ | $ | |
| Room Total | $ | 610 |

### Family Room  *over 10 years old*

| | | |
|---|---|---|
| ___ Sofa Bed | $ | *old* |
| ___ Sofa | $ | |
| ___ Loveseat | $ | |
| ___ Coffee Table | $ | |
| ___ Cocktail Table | $ | |
| ___ Other Table | $ | |
| ___ Recliner | $ | |
| ___ Chair | $ | |
| ___ Desk | $ | |
| ___ Lamp | $ | |
| ___ Bookcase/Etagere | $ | |
| ✓ Entertainment Center | $ | 50 |
| ✓ TV (size 33") | $ | 50 |
| ___ VCR | $ | |
| ___ CD Player/Stereo | $ | |
| ___ Painting | $ | |
| ___ Plant | $ | |
| ___ Telephone | $ | |
| ___ Answering Machine | $ | |
| ___ Area Rug | $ | |
| ___ _____ | $ | |
| ___ _____ | $ | |
| Room Total | $ | 100 |

### Patio or Pool Area

| | | |
|---|---|---|
| ✓ Patio Table | $ | 20 |
| ✓ Lounge Chair | $ | 20 |
| ___ Patio Chair | $ | |
| ___ Umbrella | $ | |
| ✓ Grill | $ | 25 |
| ___ _____ | $ | |
| ___ _____ | $ | |
| ___ _____ | $ | |
| Patio or Pool Area Total | $ | 65 |

### Master Bedroom  *20 yrs old*

| | | |
|---|---|---|
| ✓ Mattress and/or Box | | |
| ___ Frame | $ | 50 |
| ___ Waterbed | $ | |
| ___ Headboard | $ | |
| ✓ Dresser/Bureau | $ | 50 |
| ✓ Night Table | $ | 10 |
| ___ Other Table | $ | |
| ___ Lamp | $ | |
| ___ Vanity | $ | |
| ___ Chair | $ | |
| ___ Ottoman or Footstool | $ | |
| ___ Mirror | $ | |
| ___ Picture | $ | |
| ___ Chest | $ | |
| ✓ TV (size 40") | $ | 100 |
| ___ VCR | $ | |
| ___ Bedspread/pillow set | $ | |
| ___ Area rug | $ | |
| ___ _____ | $ | |
| ___ _____ | $ | |
| Room Total | $ | 210 |

### Bedroom #2 (          )  *over 10 yrs old*

| | | |
|---|---|---|
| ✓ Mattress and/or Box | | |
| ___ Frame | $ | |
| ___ Waterbed | $ | |

*2yrs old*

| | | | | | |
|---|---|---|---|---|---|
| ✓ Headboard | $_____ | | **Bedroom #4** | | |
| ✓ Dresser/Bureau | $_____ | | ___ Bed frame | $_____ | |
| ___ Night Table | $_____ | | ___ Waterbed | $_____ | |
| ___ Other Table | $_____ | | ___ Headboard | $_____ | |
| ___ Lamp | $_____ | | ___ Dresser/Bureau | $_____ | |
| ___ Vanity | $_____ | | ___ Night Table | $_____ | |
| ___ Chair | $_____ | | ___ Other Table | $_____ | |
| ___ Ottoman or Footstool | $_____ | | ___ Lamp | $_____ | |
| ___ Mirror | $_____ | | ___ Vanity | $_____ | |
| ___ Picture | $_____ | | ___ Chair | $_____ | |
| ___ Chest | $_____ | | ___ Ottoman or Footstool | $_____ | |
| ✓ TV (size 25") | $_____ | | ___ Mirror | $_____ | |
| ✓ VCR | $_____ | | ___ Picture | $_____ | |
| ✓ Bedspread/pillow set | $_____ | | ___ Chest | $_____ | |
| ___ Area rug | $_____ | | ___ TV (size ___") | $_____ | |
| ___ _____ | $_____ | | ___ VCR | $_____ | |
| ___ _____ | $_____ | | ___ Bedspread/pillow set | $_____ | |
| **Bedroom #2 Total** | $ 100 | | ___ Area rug | $_____ | |
| | | | ___ _____ | $_____ | |
| **Bedroom #3** | | | ___ _____ | $_____ | |
| | | | **Bedroom #4 Total** | $_____ | |
| ✓ Mattress and/or Box | $_____ | | | | |
| ___ Frame | $_____ | | **Bedroom #5** | | |
| ___ Waterbed | $_____ | | | | |
| ✓ Headboard | $_____ | | ___ Mattress and/or Box | $_____ | |
| · Dresser/Bureau | $_____ | | ___ Frame | $_____ | |
| ___ Night Table | $_____ | | ___ Waterbed | $_____ | |
| ___ Other Table | $_____ | | ___ Headboard | $_____ | |
| ___ Lamp | $_____ | | ___ Dresser/Bureau | $_____ | |
| ___ Vanity | $_____ | | ___ Night Table | $_____ | |
| ___ Chair | $_____ | | ___ Other Table | $_____ | |
| ___ Ottoman or Footstool | $_____ | | ___ Lamp | $_____ | |
| ___ Mirror | $_____ | | ___ Vanity | $_____ | |
| ___ Picture | $_____ | | ___ Chair | $_____ | |
| ___ Chest | $_____ | | ___ Ottoman or Footstool | $_____ | |
| ✓ TV (size 40") | $_____ | | ___ Mirror | $_____ | |
| ___ VCR | $_____ | | ___ Picture | $_____ | |
| ___ Bedspread/pillow set | $_____ | | ___ Chest | $_____ | |
| ___ Area rug | $_____ | | ___ TV (size ___") | $_____ | |
| ___ _____ | $_____ | | ___ VCR | $_____ | |
| ___ _____ | $_____ | | ___ Bedspread/pillow set | $_____ | |
| **Bedroom #3 Total** | $ 100 | | ___ Area rug | $_____ | |
| | | | ___ _____ | $_____ | |
| | | | ___ _____ | $_____ | |
| | | | **Bedroom #5 Total** | $_____ | |

**Items Not Otherwise Listed**

| | | | |
|---|---|---|---|
| ✓ Washer | $ 300 | | |
| ✓ Dryer | $ 300 | | |
| ✓ Freezer *OLD* | $ 20 | | |
| ___ Compactor | $_____ | | |
| ___ TV (size ___") | $_____ | | |
| ___ VCR | $_____ | | |
| ___ Video game system | $_____ | | |
| ___ Videotapes | $_____ | | |
| ___ CDs, cassette tapes | $_____ | | |
| ___ Books | $_____ | | |
| ___ Vacuum Cleaner | $ 10 | | |
| ✓ Computer | $ 100 | 5 yrs old | |
| ___ Computer peripherals | $_____ | | |
| ✓ Printer/Scanner | $ 20 | " | |
| ___ Photocopier | $_____ | | |
| ___ Fax Machine | $_____ | | |
| ___ Typewriter | $_____ | | |
| ___ Telephone | $_____ | | |
| ✓ Cell Phone | $ 50 | | |
| ___ Car Phone | $_____ | | |
| ✓ Filing Cabinet | $ 10 | OLD | |
| ___ Baby Furniture, Toys, Playpen, etc. | $_____ | | |
| ___ Sewing Machine | $_____ | | |
| ___ Bicycle | $_____ | | |
| ___ Other sporting equip. | $_____ | | |
| ✓ Luggage | $ 10 | OLD | |
| ___ Hand Tools | $_____ | | |
| ___ Power Tools | $_____ | | |
| ___ Tool Cabinet | $_____ | | |
| ___ Antiques (specify type: _____ ) | $_____ | | |
| ___ Collectibles (specify type: _____ ) | $_____ | | |
| ___ Sculpture/Other Art | $_____ | | |
| ___ Musical Instruments | $_____ | | |
| ___ Lawn Mower | $_____ | | |
| ___ Garden Equipment | $_____ | | |
| ___ Warehouse Contents | $_____ | | |
| ___ _____ | $_____ | | |
| ___ _____ | $_____ | | |
| **Other Items  Total** | $ 820 | | |

Jewelry: List separately on attached sheet

Total
$ 2,715.00

Itemization of Jewelry

Men's

| Description of Item | Approximate Age | Value |
| --- | --- | --- |

Woman's

| Description of Item | Approximate Age | Value |
| --- | --- | --- |
| Cwedding band, gold Small stones | 18 yrs old | $500.00 |
| Gold ring | 10 yrs old | 200.00 |
| gold choker | 12-13 yrs old | 200.00 |
| miscellaneous costume | | 100.00 |
| | | $1000.00 |

Shaun D. Viewi _____    3/16/12
Signature of Debtor                          Date

_____    _____
Signature of Co-Debtor                       Date

3

B6C (Official Form 6C) (4/10)

In re    **Shawn Denise Vieira**                                              ,          Case No. _____

                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                  $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                           *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Broward County residence:** | **Fla. Const. art. X, § 4(a)(1); Fla. Stat.** | **100% of FMV** | **260,000.00** |
| **8744 NW 47th Dr** | **Ann. §§ 222.01, 222.02, 222.05** | | |
| **Coral Springs FL 33067** | | | |
| **Value by Realquest Express, 3/16/12** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Household contents are decribed on attached** | **11 U.S.C. § 522(b)(3)(B)** | **2,715.00** | **2,715.00** |
| **worksheet** | | | |
| | | | |
| **Wearing Apparel** | | | |
| **Woman's clothes, shoes** | **Fla. Const. art. X, § 4(a)(2)** | **50.00** | **50.00** |
| | | | |
| **Furs and Jewelry** | | | |
| **Jewelry is described on page 3 of attached** | **Fla. Const. art. X, § 4(a)(2)** | **950.00** | **1,000.00** |
| **worksheet** | | | |

|  | Total: | **3,715.00** | **263,765.00** |
|---|---|---|---|

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

**B6D (Official Form 6D) (12/07)**

In re **Shawn Denise Vieira** _____ ,    Case No. _____
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2009-2011 | | | | | |
| | | | **Property Tax** | | | | | |
| **Broward County Dept of Revenue** | | | **Broward County residence:** | | | | | |
| 115 S. Andrews Ave | | - | **8744 NW 47th Dr** | | | | | |
| Fort Lauderdale, FL 33301 | | | **Coral Springs FL 33067** | | | | | |
| | | | **Value by Realquest Express, 3/16/12** | | | | | |
| | | | Value $               260,000.00 | | | | 0.00 | 0.00 |
| Account No. xxxxxxxx0184 | | | Opened  3/01/05  Last Active  8/30/08 | | | | | |
| | | | **Mortgage** | | | | | |
| **Chase Manhattan Mtg** | | | **Broward County residence:** | | | | | |
| Attn: Bankruptcy Dept | X | - | **8744 NW 47th Dr** | | | | | |
| POB 24696 | | | **Coral Springs FL 33067** | | | | | |
| Columbus, OH 43224 | | | **Value by Realquest Express, 3/16/12** | | | | | |
| | | | Value $               260,000.00 | | | | 379,999.00 | 119,999.00 |
| Account No. xxxxxxxx6922 | | | Opened 11/01/05  Last Active 12/01/09 | | | | | |
| | | | **Mortgage** | | | | | |
| **Chase Manhattan Mtg** | | | **Palm Beach property:** | | | | | |
| Attn: Bankruptcy Dept | X | J | **21130 White Oak Ave** | | | | | |
| POB 24696 | | | **Boca Raton, FL 33428** | | | | | |
| Columbus, OH 43224 | | | **Valued by Realquest Express on 3/10/12** | | | | | |
| | | | Value $               208,000.00 | | | | 330,227.00 | 122,227.00 |
| Account No. **Pavers Plus** | | | 2010 | | | | | |
| | | | **Federal Tax Lien NOTICE ONLY see Sch E** | | | | | |
| **Internal Revenue Service** | | | **Palm Beach property:** | | | | | |
| POB 7346 | | - | **21130 White Oak Ave** | | | | | |
| Philadelphia, PA 19101-7346 | | | **Boca Raton, FL 33428** | | | | | |
| | | | **Valued by Realquest Express on 3/10/12** | | | | | |
| | | | Value $               208,000.00 | | | | 0.00 | 0.00 |
| __1__ continuation sheets attached | | | Subtotal (Total of this page) | | | | 710,226.00 | 242,226.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Shawn Denise Vieira**                                                        ,    Case No. _____
                                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx1U08 | | | Statutory Lien | | | | | |
| Pine Ridge HOA C/O Coronado Condo/Progressive Mgt POB 19746 Miami, FL 33101 | X | - | Broward County residence: 8744 NW 47th Dr Coral Springs FL 33067 | | | | | |
| | | | Value $                 260,000.00 | | | | 1,011.50 | 1,011.50 |
| Account No. xxxx x-1 U08 | | | Collection Attorney for Pine Ridge HOA - NOTICE ONLY | | | | | |
| Sachs Sax Caplan 6111 Broken Sound Pkwy Ste 200 Boca Raton, FL 33487 | X | - | | | | | | |
| | | | Value $                 0.00 | | | | 0.00 | 0.00 |
| Account No. | | | 2009-2011 | | | | | |
| Tax Collector, Palm Beach Cty POB 3353 West Palm Beach, FL 33402 | | - | Property Taxes Palm Beach property: 21130 White Oak Ave Boca Raton, FL 33428 Valued by Realquest Express on 3/10/12 | | | | | |
| | | | Value $                 208,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | 2007 | | | | | |
| Timbers of Boca Homeowners Assoc 3901 N Federal Hwy #202 Boca Raton, FL 33431 | | - | Claim of Lien Palm Beach property: 21130 White Oak Ave Boca Raton, FL 33428 Valued by Realquest Express on 3/10/12 | | | | | |
| | | | Value $                 208,000.00 | | | | 0.00 | 0.00 |
| Account No. xxxxxx40-04 | | | 2005 | | | | | |
| US Small Business Administration 1425 Kingsport Rd 727 E. Durango Blvd Rm A-527 Fort Worth, TX 76155 | X | - | Mortgage Broward County residence: 8744 NW 47th Dr Coral Springs FL 33067 Value by Realquest Express, 3/16/12 | | | | | |
| | | | Value $                 260,000.00 | | | | 177,600.00 | 177,600.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 178,611.50 | 178,611.50 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 888,837.50 | 420,837.50 |

B6E (Official Form 6E) (4/10)

.

In re    **Shawn Denise Vieira**                                        Case No. _____
                                                                    ,
                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                __1__     continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re __Shawn Denise Vieira_____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Internal Revenue Service Centralized Insolvency Operations POB 21126 Philadelphia, PA 19114** | - | | **2007-2008**<br><br>**NOTICE ONLY** | | | | **Unknown** | **Unknown** | **0.00** |
| Account No. **Pavers Plus, Inc**<br><br>**Internal Revenue Service POB 7346 Philadelphia, PA 19101-7346** | X | J | **2010**<br><br>**Federal Tax Lien** | | | | **29,024.60** | **0.00**<br><br>**29,024.60** | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1____ of __1__ continuation sheets attached to                           Subtotal            | **0.00** |
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)    **29,024.60**    **29,024.60**

                                                                  Total            | **0.00** |
                                            (Report on Summary of Schedules)    **29,024.60**    **29,024.60**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Shawn Denise Vieira**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xxxxxxxxxxxx8010 <br><br> **Accounts Receivable Management** <br> **PO Box 9801** <br> **Towson, MD 21284-9801** | | - | | | **Debt collector for Wachovia Bank** <br><br> **NOTICE ONLY** | | | | 0.00 |
| Account No. xx6413 <br><br> **ACE Recovery Srvcs** <br> **POB 129** <br> **Grand River, OH 44045-0129** | | - | | | **Debt collector for Progressive Insurance** <br><br> **NOTICE ONLY** | | | | 785.03 |
| Account No. xxxxxxxx3763 <br><br> **Alliant Law Group** <br> **POB 468569** <br> **Atlanta, GA 31146** | | - | | | **Debt collector for AT&T** <br><br> **NOTICE ONLY** | | | | 0.00 |
| Account No. xxxx7440 <br><br> **AmeriFinancial Solutions** <br> **430 Main St, #1** <br> **Reisterstown, MD 21136** | | - | | | **Collector for Phoenix Emergency Medical of Broward** <br> **Medical bill - also xxxx0183** | | | | 1,151.00 |

__18__ continuation sheets attached

Subtotal
(Total of this page)    | 1,936.03 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com    S/N:38454-120312    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shawn Denise Vieira**                                                                ,        Case No. _____
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx0000<br><br>**Amo Recoveries**<br>**Attn: Bankruptcy**<br>**Po Box 8005**<br>**Cleveland, TN 37327** | - | | **Opened  4/01/09**<br>**Collection for Sheridan Emerg Physicians Svcs**<br>**NOTICE ONLY** | | | | 0.00 |
| Account No. xxx xxx-xxxx xxx 0455<br><br>**AT&T**<br>**POB 105262**<br>**Atlanta, GA 30348-5262** | - | | **Cell Phone** | | | | 689.61 |
| Account No. xxx xxx-xxxx xxx 1805<br><br>**AT&T**<br>**POB 105262**<br>**Atlanta, GA 30348-5262** | - | | **Cell phone** | | | | 253.92 |
| Account No.<br><br>**Atkinson, Diner, Stone, Mankuta**<br>**& Ploucha**<br>**100 Southeast Third Ave Ste 1400**<br>**Fort Lauderdale, FL 33394** | - | | **Case No: 08-17192 COCE 49**<br>**Attorney for Plaintiff- Earth Works Inc**<br><br>**NOTICE ONLY** | | | | 0.00 |
| Account No. xxxx xx.: xx-xxxxx xxCE 25<br><br>**Ben-Ezra & Katz**<br>**2901 Striling Rd.**<br>**Ste 300**<br>**Fort Lauderdale, FL 33312** | - | | **Attorney for Chase Home Finance (Plaintiff in foreclosure)**<br><br>**NOTICE ONLY** | | | | 0.00 |

Sheet no. __1___ of __18___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

943.53

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shawn Denise Vieira**                                            ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8540** <br><br> **Bennett Law** <br> **1265 E Fort Union Blvd** <br> **Ste 150** <br> **Midvale, UT 84047** | - | | Debt collector for Home Depot - Dishonored check # 12185 <br><br> **NOTICE ONLY** | | | | 133.29 |
| Account No. **xxxxxxF315** <br><br> **Brennan & Clark** <br> **721 W Madison** <br> **Ste 200** <br> **Villa Park, IL 60181** | - | | Debt collector for Paychex <br><br> **NOTICE ONLY** | | | | 0.00 |
| Account No. <br><br> **Brotman, Nusbaum & Fox** <br> **Attn:  Brian Fox** <br> **621 NW 53rd  St.Ste 420** <br> **Boca Raton, FL 33487** | - | | Attorneys collecting from Pavers Plus <br> NOTICE ONLY | | | | 0.00 |
| Account No. <br><br> **Capital Management Services** <br> **726 Exchange St** <br> **Suite 700** <br> **Buffalo, NY 14210** | - | | 5411932000784914 <br> Debt collector for Chase <br><br> **NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxxxxx9488** <br><br> **Capital Management Services** <br> **726 Exchange St** <br> **Suite 700** <br> **Buffalo, NY 14210** | - | | Debt collector for Macy's <br><br> **NOTICE ONLY** | | | | 0.00 |

Sheet no. __2___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **133.29**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Shawn Denise Vieira**                                                                    ,          Case No. _____
                                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxx7889** <br><br>**Capital Mngmnt Srvcs**<br>**726 Exhange St sTE 700**<br>**Buffalo, NY 14210** | - | | Debt collector for Chase <br><br>**NOTICE ONLY** | | | | 0.00 |
| Account No. <br><br>**CBCS**<br>**POB 163250**<br>**Columbus, OH 43216** | - | | 03-94760250<br>Debt collector for AT&T <br><br>**NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-4914** <br><br>**Chase**<br>**POB 15548**<br>**Wilmington, DE 19886-5548** | - | | Credit card purchases | | | | 2,152.00 |
| Account No. **xxxxxxxxx0906** <br><br>**Chase Auto**<br>**Attn: Bankruptcy Research Dept**<br>**POB 24696**<br>**Columbus, OH 43224** | - | | Deficiency after repossession - 2006 Ford F250 | | | | 18,841.24 |
| Account No. **xxxxxxxx3763** <br><br>**Cisco Inc**<br>**POB 801088**<br>**Houston, TX 77280-1088** | - | | Debt collector for AT&T <br><br>**NOTICE ONLY** | | | | 0.00 |

Sheet no. __3__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,993.24

B6F (Official Form 6F) (12/07) - Cont.

In re     **Shawn Denise Vieira**
_____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx-xxxxxx7-000** | | | | Business debt, Pavers Plus, Tochiba Copier | | | | |
| **CIT Technology** 21146 Network Pl Chicago, IL 60673-1211 | X | - | | | | | | 257.19 |
| Account No. **xxxxx8975** | | | | May 2011 Debt collector for Coral Springs Medical Center (debtor's child) NOTICE ONLY | | | | |
| **Complete Collection Service** 1007 N Federal Hwy #280 Fort Lauderdale, FL 33304 | | - | | | | | | 1,308.00 |
| Account No. **xxxxx0731** | | | | May 2011 Medical bill for child; also additional unknown accounts (including xxxx3490) NOTICE ONLY, went to collections | | | | |
| **Coral Springs Medical Center** POB 932540 Atlanta, GA 31193-2540 | | - | | | | | | 7,800.00 |
| Account No. **xxxxxxF315** | | | | Debt collector for Paychex NOTICE ONLY | | | | |
| **Corporate Collection Srvc** 1175 John St Henrietta, NY 14467 | | - | | | | | | 0.00 |
| Account No. | | | | Debt collector for Advanced Cable Communications | | | | |
| **Credit Collection Srvcs** Two Wells Ave dept 9133 Newton Center, MA 02459 | | - | | | | | | 133.67 |

Sheet no. __4__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **9,498.86**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shawn Denise Vieira** _____ ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx5135**<br><br>**Discover Financial**<br>**Attn: Bankruptcy**<br>**POB 3025**<br>**New Albany, OH 43054** | - | | **Opened 5/01/90 Last Active 3/04/08**<br>**Credit Card** | | | | **3,140.00** |
| Account No.<br><br>**Earthworks, Inc.**<br>**5020 SW 70th Ave**<br>**Davie, FL 33314** | - | | **2008**<br>**Business debt, Pavers Plus** | | | | **Unknown** |
| Account No. **x-xxxx7518**<br><br>**ER Solutions Inc**<br>**POB 9004**<br>**Redondo, WA 98054-9004** | - | | **Debt collector for Washington Mutual**<br><br>**NOTICE ONLY** | | | | **0.00** |
| Account No. **x-xxxx8143**<br><br>**ER Solutions Inc**<br>**POB 9004**<br>**Redondo, WA 98054-9004** | - | | **Debt collector for Chase**<br><br>**NOTICE ONLY** | | | | **0.00** |
| Account No. **xxxx1362**<br><br>**First Federal Credit C**<br>**837 Crocker Rd**<br>**Westlake, OH 44145** | - | | **Opened 8/01/09**<br>**Collector for Broward Radiologists P.A.**<br>**NOTICE ONLY** | | | | **0.00** |

Sheet no. __**5**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,140.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shawn Denise Vieira** , Case No. _____
_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8138**<br><br>**FirstPath**<br>**POB 890**<br>**Bluefield, WV 24701-0890** | - | | Medical bill | | | | 32.00 |
| Account No. **xxxx3490**<br><br>**Firstsource**<br>**7715 Nw 48 St Ste 100**<br>**Doral, FL 33166** | - | | Opened  8/01/09<br>Collection for Coral Springs Medical Center<br>Notice only | | | | 0.00 |
| Account No. **x1867**<br><br>**Florida Citrus, Business & Industries**<br>**Attn; Accounting dept.**<br>**POB 1303**<br>**Tallahassee, FL 32302-1303** | - | | Insurance | | | | 2,755.00 |
| Account No.<br><br>**Florida Labor Law Poster Serv**<br>**400 Capital Circle SE**<br>**Ste 18 -  # 309**<br>**Tallahassee, FL 32301-3839** | - | | Business debt | | | | 67.25 |
| Account No. **xxxx6921**<br><br>**FMS Inc**<br>**POB 707600**<br>**Tulsa, OK 74170-7600** | - | | Debt collector for Macy's<br><br>NOTICE ONLY | | | | 0.00 |

Sheet no. __6___ of __18___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       2,854.25

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shawn Denise Vieira** ,                          Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx8010<br><br>**Focus Receivables Mngmnt**<br>**POB 723060**<br>**Atlanta, GA 31139-0060** | - | | | | **Debt collector for Wachovia Bank**<br><br>**NOTICE ONLY** | | | | 0.00 |
| Account No. xxx-xxx-xxx0 760<br><br>**Franklin Collection Serv**<br>**POB 3910**<br>**Tupelo, MS 38803-3910** | - | | | | **Debt collector for AT&T**<br><br>**NOTICE ONLY** | | | | 0.00 |
| Account No. xxxxx5399<br><br>**GE Capital**<br>**POB 6229**<br>**Carol Stream, IL 60197-6229** | - | | | | **Business debt, Pavers Plus** | | | | 4,249.35 |
| Account No. xxxxxxxxxxxx7211<br><br>**Gemb/care Credit**<br>**950 Forrer Blvd**<br>**Kettering, OH 45420** | J | | | | **Opened 10/01/08 Last Active 3/04/09**<br>**Charge Account** | | | | 1,298.00 |
| Account No. xxxxxxx3078<br><br>**GMAC, LLC**<br>**P.o. Box 380901**<br>**Bloomington, MN 55438** | - | | | | **Opened 10/01/05 Last Active 5/18/09**<br>**Lease deficiency after vehicle sale**<br>**Final Judgment, 2011, Broward Circuit Court,**<br>**Case 09-014375** | | | | Unknown |

Sheet no. __7___ of __18___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5,547.35

B6F (Official Form 6F) (12/07) - Cont.

In re **Shawn Denise Vieira** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **3338** | | - | | | **Attorney Fees** | | | | |
| **Graner & Heimovics PA** **399 W Palmetto Park Rd.** **Boca Raton, FL 33432** | | | | | | | | | **4,263.57** |
| Account No. **xxxx8650** | | - | | | **Business debt, Pavers Plus** | | | | |
| **Hanson Paver Products** **POB 730498** **Dallas, TX 75373-0498** | | | | | | | | | **Unknown** |
| Account No. **xxxx xxxx xxxx 9402** | | - | | | **Credit card purchases** | | | | |
| **Home Depot Credit Services** **POB 653002** **Dallas, TX 75265-3002** | | | | | | | | | **749.57** |
| Account No. **xxxxxxxx3763** | | - | | | **Collection attorney for AT&T** **NOTICE ONLY** | | | | |
| **Jack R Creel & Assoc** **POB 801083** **Houston, TX 77280-1083** | | | | | | | | | **0.00** |
| Account No. **xxx-xxxx-x3078** | | - | | | **Attorney for GMAC** **NOTICE ONLY** | | | | |
| **Kass, Shuler, Solomon, Spector, Foyle & Singer, PA** **1505 N. FLorida Ave** **Tampa, FL 33602-2613** | | | | | | | | | **0.00** |

Sheet no. __8__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,013.14**

B6F (Official Form 6F) (12/07) - Cont.

In re __Shawn Denise Vieira__ _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xx: xxxx -xxxxx COCE** <br><br> **Kenneth Tomchin 6816 Southpoint Pkwy Ste 400 Jacksonville, FL 32216** | - | | **Attorney for Plaintiff - Tremron** <br><br> **NOTICE ONLY** | | | | **0.00** |
| Account No. **xxx4004** <br><br> **Ladco Leasing 555 St Charles Place Thousand Oaks, CA 91360** | - | | **Opened 3/01/06 Last Active 10/22/09 Business Lease** | | | | **299.00** |
| Account No. **Gagnon-Meyers Construction** <br><br> **Law Office of Alexander Socia 3650 N Federal Hwy Ste 217 Lighthouse Point, FL 33064** | - | | **Collection for Gagnon-Meyers Construction Corp** <br><br> **NOTICE ONLY** | | | | **0.00** |
| Account No. **xxxxxxxxx0906** <br><br> **Law Offices of James A. West 6380 Rogerdale Rd Suite 130 Houston, TX 77072-1624** | - | | **Attorney for Chase Auto Finance** <br><br> **NOTICE ONLY** | | | | **0.00** |
| Account No. **xxxxxx95-21** <br><br> **Law Offices of Mitchell N Kay 7 Penn Plaza New York, NY 10001** | - | | **Collection attorney for Wells Fargo** <br><br> **NOTICE ONLY** | | | | **0.00** |

Sheet no. __9__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**299.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shawn Denise Vieira**                                    ,          Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Pavers Plus**<br><br>**Law Offices of Ronnie Dykes**<br>**301 Yamato Rd**<br>**Ste 1240**<br>**Boca Raton, FL 33431** | - | | Trade debt - Attorney Fees | | | | 0.00 |
| Account No. **xxx577A**<br><br>**Lease Finance Group**<br>**POB 2410**<br>**Sioux Falls, SD 57101-2410** | - | | Lease payment insurance | | | | 217.16 |
| Account No. **xxxxxxxxx8820**<br><br>**Macys/fdsb**<br>**Attn: Bankruptcy**<br>**Po Box 8053**<br>**Mason, OH 45040** | | | Opened 11/01/04  Last Active 11/26/07<br>Charge Account | | | | 346.00 |
| Account No. **xxxx xx xx-9010**<br><br>**Martini, Hughes & Grossman**<br>**1040 S Federal Hwy**<br>**Ste 100**<br>**Delray Beach, FL 33483** | - | | Collection attorney for Southern Florida Brick<br><br>NOTICE ONLY | | | | 0.00 |
| Account No. **xxxx xx. xx-xxxxx3DAL**<br><br>**Masnikoff & Sternberg**<br>**Atttn: Lyle Masnikoff**<br>**560 Village Blvd Ste 270**<br>**West Palm Beach, FL 33409** | - | | Attorney for Claimant<br><br>NOTICE ONLY | | | | 0.00 |

Sheet no. __10__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **563.16**

B6F (Official Form 6F) (12/07) - Cont.

In re __Shawn Denise Vieira__ ,                  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxF315** <br><br> **McCarthy, Burgess & Wolff** <br> **26000 Cannon Rd** <br> **Bedford, OH 44146** | - | | | Debt collector for Paychex <br><br> **NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxx7203** <br><br> **MedAssist** <br> **1211 N. West Shore Blvd** <br> **Ste 206** <br> **Tampa, FL 33607** | - | | | Debt collector for University Hospital <br><br> **NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxxxxxxxx0906** <br><br> **National Action financial Srvcs** <br> **165 Lawrence Bell Dr Ste 100** <br> **POB 9027** <br> **Buffalo, NY 14231-9027** | - | | | Debt collector for Chase Auto Finance <br><br> **NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-4914** <br><br> **Nationwide Credit Inc** <br> **740640** <br> **Atlanta, GA 30374-0640** | - | | | Debt collector for Chase <br><br> **NOTICE ONLY** | | | | 0.00 |
| Account No. <br><br> **Nationwide Recovery Serv** <br> **Attn: Bankruptcy** <br> **POB 8005** <br> **Dayton, TN 37321** | - | | | Collector for Sheridan Emerg Phys Serv <br><br> **Notice Only** | | | | 0.00 |

Sheet no. __11__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shawn Denise Vieira**                                                              ,     Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx4910** <br><br> **NCO Financial Services POB 15609 Wilmington, DE 19850** | - | | | Debt collector for University Hospital <br><br> **NOTICE ONLY** | | | | 0.00 |
| Account No. <br><br> **NCO Financial Systems Inc POB 15740 Wilmington, DE 19850-5740** | - | | | Debt collector for AT&T <br><br> **NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxx xxxx xxxx 9402** <br><br> **NCO Financial Systems Inc POB 15889 Wilmington, DE 19850-5889** | - | | | Debt collector for Home Depot/Citibank <br><br> **NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxxxx7499** <br><br> **NCO Financial Systems Inc POB 15889 Wilmington, DE 19850-5889** | - | | | Debt collector for Macy's <br><br> **NOTICE ONLY** | | | | 0.00 |
| Account No. **xx0355** <br><br> **North Broward Radiologists, P.A. POB 100367 Fort Lauderdale, FL 33310-0367** | - | | | Medical bill | | | | 47.00 |

Sheet no. __12__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     47.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shawn Denise Vieira** ,                    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxx9873** <br><br> **Northstar Location Services, LLC** <br> **Attn: Financial Services Dept** <br> **4285 Genesee St** <br> **Cheektowaga, NY 14225-1943** | - | | | | Debt collector for Chase <br><br> NOTICE ONLY | | | | 0.00 |
| Account No. **xxxx0135** <br><br> **Online Collections** <br> **Attn: Tracy** <br> **POB 1489** <br> **Winterville, NC 28590** | - | | | | Collector for No. Brow. Radiologists, Medical services <br><br> Also acct xxxx7982 | | | | 60.00 |
| Account No. **xxxx-xxxx-xxxx-4914** <br><br> **P & B Capital Group** <br> **461 Ellicott St - 3rd Flr** <br> **Buffalo, NY 14203-1519** | - | | | | Debt collector for Chase <br><br> NOTICE ONLY | | | | 0.00 |
| Account No. **xxxxxxxxxxxxx6939** <br><br> **P Scott Lowery** <br> **4500 Cherry Creek Dr** <br> **Ste 700** <br> **Denver, CO 80246** | - | | | | Collection attorney for GEMB/Care Credit <br><br> NOTICE ONLY | | | | 0.00 |
| Account No. **xxxx xxxx-F315** <br><br> **Paychex** <br> **POB 4482** <br> **Carol Stream, IL 60197-4482** | - | | | | Business debt | | | | 715.33 |

Sheet no. __13__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         775.33

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shawn Denise Vieira** _____,  Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx8138**<br><br>**Phoenix Emerg Med of Broward**<br>**POB 31361**<br>**Tampa, FL 33631-3361** | - | | | Notice only,  medical | | | | 0.00 |
| Account No. **x2663**<br><br>**Phoenix Pediatrics of Broward**<br>**POB 100289**<br>**Atlanta, GA 30384-0289** | - | | | Medical bill | | | | 272.00 |
| Account No. **xxx4026**<br><br>**Pinnacle Credit Service**<br>**Po Box 640**<br>**Hopkins, MN 55343** | - | | | Opened 12/01/09<br>Collector for Care Credit<br>NOTICE ONLY | | | | 0.00 |
| Account No. **xxxxxxxxxxxxx9873**<br><br>**Pinnacle Financial Group**<br>**7825 Washington Ave S- Ste 310**<br>**Minneapolis, MN 55439-2409** | - | | | Debt collector for Chase<br><br>NOTICE ONLY | | | | 0.00 |
| Account No. **xxxxxx95-21**<br><br>**Plaza Associates**<br>**JAF Station**<br>**POB 2769**<br>**New York, NY 10116-2769** | - | | | Debt collector for Wells Fargo<br><br>NOTICE ONLY | | | | 0.00 |

Sheet no. __**14**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

272.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Shawn Denise Vieira** _____ ,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 9402**<br><br>**PRO Consulting Srvcs**<br>**POB 66768**<br>**Houston, TX 77266-6768** | - | | **Debt collector for Home Depot/Citibank**<br><br>**NOTICE ONLY** | | | | 0.00 |
| Account No. **xxx0564**<br><br>**Sheridan ER Physicians**<br>**POB 848508**<br>**Hollywood, FL 33084-0508** | - | | **Medical bill** | | | | 559.00 |
| Account No.<br><br>**Smith Bros Contracting Equip Inc**<br>**5731 N Military Trail**<br>**West Palm Beach, FL 33407** | X - | | **2008**<br>**Business debt, Pavers Plus, Inc**<br>**Final Judgment Palm Beach Cty**<br>**Case 502007SC012335** | | | | 2,664.00 |
| Account No. **6191**<br><br>**South Florida Regional Planning Council**<br>**3440 Hollywood Blvd**<br>**Ste 140**<br>**Hollywood, FL 33021** | X - | | **Business debt, Pavers Plus, Inc.**<br>**(Final Judgment obtained)** | | | | 7,000.00 |
| Account No. **xxxxxxxxxxxxx5749**<br><br>**Suntrust Bank**<br>**Po Box 85052**<br>**Richmond, VA 23285** | - | | **Opened 1/01/06 Last Active 11/18/08**<br>**Automobile**<br>**(Deficiency after repossession)** | | | | 24,884.00 |

Sheet no. __15__ of __18__ sheets attached to Schedule of   Subtotal   35,107.00
Creditors Holding Unsecured Nonpriority Claims   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Shawn Denise Vieira__ ,                                    Case No. _____

_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx6466**<br><br>**Superior Asset Mngmnt**<br>**POB 468089**<br>**Atlanta, GA 31146-8089** | - | | | **Debt collector for T-Mobile**<br><br>**NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxxxxxxx0906**<br><br>**Synergetic Communication Inc**<br>**5450 NW Central #1000**<br>**Houston, TX 77092** | - | | | **Debt collector for Chase Auto Finance**<br><br>**NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxxx6605**<br><br>**T-Mobile**<br>**POB 742596**<br>**Cincinnati, OH 45274-2596** | X - | | | **Business debt, Pavers Plus, Inc.** | | | | 523.92 |
| Account No. **xxxxx-xxxxxx64AI**<br><br>**Transworld Systems**<br>**3450 Lakeside Dr #304**<br>**Miramar, FL 33027** | - | | | **Debt collector for Sheridan Healthcorp**<br><br>**NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxxxxxxx0906**<br><br>**United Recovery Systems**<br>**POB 722929**<br>**Houston, TX 77272-2929** | - | | | **Debt collector for Chase Auto Finance**<br><br>**NOTICE ONLY** | | | | 0.00 |

Sheet no. __16__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         523.92

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shawn Denise Vieira**
_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7038**<br><br>**University Hospital**<br>**POB 9800**<br>**Palm Harbor, FL 34682** | - | | Medical bill | | | | 418.30 |
| Account No. **xxx332-3**<br><br>**Vericore**<br>**10115 Kincey Ave**<br>**Ste 100**<br>**Huntersville, NC 28078** | - | | Business debt | | | | 1,951.56 |
| Account No. **Case No 09 014375**<br><br>**W. Matthew Kearse**<br>**1333 S University Dr**<br>**# 201**<br>**Plantation, FL 33324** | - | | Plaintiff Attorney<br><br>NOTICE ONLY | | | | 0.00 |
| Account No. **xxxx-442-4**<br><br>**Washington Mutual**<br>**POB 660022**<br>**Dallas, TX 75266** | - | | Returned check Fee | | | | 34.00 |
| Account No. **xxxx3585**<br><br>**West Asset Mngmnt**<br>**POB 790113**<br>**Saint Louis, MO 63179-0113** | - | | Debt collector for University Hospital<br><br>NOTICE ONLY | | | | 0.00 |

Sheet no. __17__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **2,403.86**

B6F (Official Form 6F) (12/07) - Cont.

In re **Shawn Denise Vieira** ,                    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. xxxx-7889 | | | | | **xxxx-7889** **Debt collector for Chase** | | | | |
| **Wm W Siegel & Assoc** **POB 9006** **Smithtown, NY 11787-9006** | - | | | | **NOTICE ONLY** | | | | |
| | | | | | | | | | 0.00 |
| Account No. **xxx-xxxx5644** | | | | | **Business debt** | | | | |
| **Yellow Pages** **POB 53251** **Atlanta, GA 30355** | - | | | | | | | | |
| | | | | | | | | | 592.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __18__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 592.00 |
| Total (Report on Summary of Schedules) | | 90,642.96 |

B6G (Official Form 6G) (12/07)

.

In re   **Shawn Denise Vieira**                          ,       Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **George Franks**<br>**7400 Wiles Rd #101**<br>**Coral Springs, FL 33067** | **Manager, for Omonia DLT, LLC, business lease at**<br>**7400 Wiles Rd.** |
| **Omonia DLT LLC**<br>**c/o George Franks**<br>**2000 S Ocean Blvd Apt 17-k**<br>**Boca Raton, FL 33432** | **Business lease at 7400 Wiles Rd** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re **Shawn Denise Vieira**                                                      ,    Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Pavers Plus, Inc.** | **Smith Bros Contracting Equip Inc**<br>**5731 N Military Trail**<br>**West Palm Beach, FL 33407** |
| **Pavers Plus, Inc.** | **South Florida Regional Planning Council**<br>**3440 Hollywood Blvd**<br>**Ste 140**<br>**Hollywood, FL 33021** |
| **Pavers Plus, Inc.** | **T-Mobile**<br>**POB 742596**<br>**Cincinnati, OH 45274-2596** |
| **Pavers Plus, Inc.** | **CIT Technology**<br>**21146 Network Pl**<br>**Chicago, IL 60673-1211** |
| **Pavers Plus, Inc.** | **Internal Revenue Service**<br>**POB 7346**<br>**Philadelphia, PA 19101-7346** |
| **Pavers Plus, Inc.** | **US Small Business Administration**<br>**1425 Kingsport Rd**<br>**727 E. Durango Blvd Rm A-527**<br>**Fort Worth, TX 76155** |
| **Roberto Vieira**<br>**8744 NW 47th Dr**<br>**Coral Springs, FL 33067** | **Chase Manhattan Mtg**<br>**Attn: Bankruptcy Dept**<br>**POB 24696**<br>**Columbus, OH 43224** |
| **Roberto Vieira**<br>**8744 NW 47th Dr**<br>**Coral Springs, FL 33067** | **Chase Manhattan Mtg**<br>**Attn: Bankruptcy Dept**<br>**POB 24696**<br>**Columbus, OH 43224** |
| **Roberto Vieira**<br>**8744 NW 47th Dr**<br>**Coral Springs, FL 33067** | **Pine Ridge HOA**<br>**C/O Coronado Condo/Progressive Mgt**<br>**POB 19746**<br>**Miami, FL 33101** |
| **Roberto Vieira**<br>**8744 NW 47th Dr**<br>**Coral Springs, FL 33067** | **Sachs Sax Caplan**<br>**6111 Broken Sound Pkwy**<br>**Ste 200**<br>**Boca Raton, FL 33487** |

**0**
____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re    **Shawn Denise Vieira**                                                    Case No. _____
                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Son**<br>**Son** | AGE(S):<br>**11**<br>**15**<br>**9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **Owner** |
| Name of Employer | **Unemployed** | **Pavers Plus & Stone, Inc.** |
| How long employed | | |
| Address of Employer | | |

|  | DEBTOR | SPOUSE |
|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $       0.00 | $       0.00 |
| 2. Estimate monthly overtime | $       0.00 | $       0.00 |
| 3. SUBTOTAL | $       0.00 | $       0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $       0.00 | $       0.00 |
|     b. Insurance | $       0.00 | $       0.00 |
|     c. Union dues | $       0.00 | $       0.00 |
|     d. Other (Specify): | $       0.00 | $       0.00 |
|  | $       0.00 | $       0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $       0.00 | $       0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $       0.00 | $       0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $       0.00 | $   7,500.00 |
| 8. Income from real property | $       0.00 | $       0.00 |
| 9. Interest and dividends | $       0.00 | $       0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $       0.00 | $       0.00 |
| 11. Social security or government assistance (Specify): | $       0.00 | $       0.00 |
|  | $       0.00 | $       0.00 |
| 12. Pension or retirement income | $       0.00 | $       0.00 |
| 13. Other monthly income (Specify): | $       0.00 | $       0.00 |
|  | $       0.00 | $       0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $       0.00 | $   7,500.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $       0.00 | $   7,500.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $   7,500.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Shawn Denise Vieira** _____  Case No. _____

_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 3,000.00 |
| a. Are real estate taxes included? | Yes ___   No **X** | | |
| b. Is property insurance included? | Yes ___   No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | | $ | 250.00 |
| b. Water and sewer | | $ | 90.00 |
| c. Telephone | | $ | 0.00 |
| d. Other  **See Detailed Expense Attachment** | | $ | 205.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 300.00 |
| 4. Food | | $ | 1,200.00 |
| 5. Clothing | | $ | 100.00 |
| 6. Laundry and dry cleaning | | $ | 0.00 |
| 7. Medical and dental expenses | | $ | 300.00 |
| 8. Transportation (not including car payments) | | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 100.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 0.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify)   **Husband's estimated inc tax per month** | | $ | 800.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other | | $ | 0.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | | $ | 2,657.66 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $ **9,502.66**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ | 7,500.00 |
| b. | Average monthly expenses from Line 18 above | $ | 9,502.66 |
| c. | Monthly net income (a. minus b.) | $ | -2,002.66 |

B6J (Official Form 6J) (12/07)

In re __Shawn Denise Vieira_____                    Case No. _____
                               Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Cell Phone | $ | 65.00 |
| Cable / Satellite | $ | 100.00 |
| Internet | $ | 40.00 |
| **Total Other Utility Expenditures** | $ | **205.00** |

**Other Expenditures:**

| | | |
|---|---|---:|
| HOA on residence | $ | 41.66 |
| HOA for PB property | $ | 116.00 |
| Mortgage on Palm Bch property | $ | 2,200.00 |
| Annual school costs, activities, projects | $ | 300.00 |
| **Total Other Expenditures** | $ | **2,657.66** |

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Southern District of Florida

In re   **Shawn Denise Vieira**                         Case No. _____

                               Debtor(s)          Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**38**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 16, 2012**                  Signature   **/s/ Shawn Denise Vieira**
                                                     **Shawn Denise Vieira**
                                                       Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Shawn Denise Vieira**                                          Case No.
_____
                                    Debtor(s)          Chapter          **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,113.00 | 2010: operation of MCMA from K-1, per 2010 tax return |
| $0.00 | 2011:  no income |
| $0.00 | 2012: no income |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                         SOURCE

**3. Payments to creditors**

None ☐

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Ticktin Law Group**<br>**600 W. Hillsboro Blvd #220**<br>**Deerfield Beach, FL 33441** | **Last 3 months, attorney's**<br>**fees ($800 mo to defend 2**<br>**foreclosures)** | **$2,400.00** | **$0.00** |

None ■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850˙. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None ■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **GMAC v. Shawn Denise Vieira**<br>**Case No.: 09-014375** | **Collection** | **Broward County,17th Circuit** | **Final**<br>**Judgment -**<br>**May 2011** |
| **So FL Regional Planning Counsel v. Shawn**<br>**Vieira and Pavers Plus and Shawn Vieira**<br>**Case No. 07-017917 COCE** | **Collection** | **Broward Circuit** | **Certified Final**<br>**Judgment,**<br>**3/2009** |
| **Chase Home Finance LLC., v Vieira**<br>**09-32419 CACE 25** | **Foreclosure** | **Broward County** | **Pending** |
| **JP Morgan Chase Bank, NA v. Vieira**<br>**Case No. 50-2009 CA 017233xxxxMB** | **Foreclosure** | **Palm Beach County** | **Pending** |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

˙ Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Michelle Armstrong, P.A.** **1401 N. University Drive #500** **Coral Springs, FL 33071** | **8/3/2010    $  300.00** **10/15/2010 $1000.00** **12/29/2010 $1200.00** | **$2500 for legal fee** |

**10. Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                         DOCKET NUMBER                         STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Pavers Plus, Inc.** | **650734711** | **21130 White Oak Ave Boca Raton, FL 33428** | **Debtor on record as President, Registered Agent, but husband ran the brick paver business, debtor had no involvement other than liability for guaranties** | **1997 - 9/25/2009** |
| **Mangueira Capoeira Martial Arts Acad Inc** | **680617580** | **6283 W Sample Rd Coral Springs, FL 33067** | **Martial Arts studio, 50% owner, debtor no longer involved; partner can't afford to buy her out, no income to debtor, business has no value (administratively dissolved, but operates as a dba, MCMAA)** | **11/29/2005 - 9/26/2008** |
| **"Capoeira" Brazilian Martial Arts Academ** | **xxxx1871** | **Academy by C. Mestre Mangueira, LLC 7400 Wiles Rd Coral Springs, FL 33065** | **This is the same business as MCMAA, just changed name when they moved; administratively dissolved by SOS, operates as the dba MCMAA (same as Mangueira Capoeira listed above)** | **3/2/2009 - 9/24/2010** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                            ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ■ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **March 16, 2012**                   Signature   **/s/ Shawn Denise Vieira**

                                                           **Shawn Denise Vieira**

                                                             Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Shawn Denise Vieira** _____  Case No. _____
                                        Debtor(s)           Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Chase Manhattan Mtg** | **Describe Property Securing Debt:**<br>**Broward County residence:**<br>**8744 NW 47th Dr**<br>**Coral Springs FL 33067**<br>**Value by Realquest Express, 3/16/12** |

Property will be (check one):

  ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt            ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Chase Manhattan Mtg** | **Describe Property Securing Debt:**<br>**Palm Beach property:**<br>**21130 White Oak Ave**<br>**Boca Raton, FL 33428**<br>**Valued by Realquest Express on 3/10/12** |

Property will be (check one):

  ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt            ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                              Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Pine Ridge HOA** | **Describe Property Securing Debt:**<br>**Broward County residence:**<br>**8744 NW 47th Dr**<br>**Coral Springs FL 33067**<br>**Value by Realquest Express, 3/16/12** |

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**George Franks** | **Describe Leased Property:**<br>**Manager, for Omonia DLT, LLC,**<br>**business lease at 7400 Wiles Rd.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ■ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>**Omonia DLT LLC** | **Describe Leased Property:**<br>**Business lease at 7400 Wiles Rd** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ■ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   March 16, 2012                    Signature   **/s/ Shawn Denise Vieira**
                                                                  **Shawn Denise Vieira**
                                                                  Debtor